Original + 2 copies

Official Form 17
(12/04)

Original

# United States Bankruptcy Court

Southern District Of New York

In re Spencer Meirowitz
Debtor

Case No. 01-14794

Chapter 7

*[Caption as in Form 16A, 16B, or 16D, as appropriate]*

## NOTICE OF APPEAL

Spencer Meirowitz, the plaintiff [*or defendant or other party*] appeals under 28 U.S.C. § 158(a) or (b) from the judgment, order, or decree of the bankruptcy judge (describe) entered in this adversary proceeding [*or other proceeding, describe type*] on the __12__ day of __June__, __2008__.
(month) (year)

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

Novick, Edelstein, Lubell and Wasserman
733 Yonkers Ave
Yonkers NY. 10704
(914) 375-0100

Dated: June 23, 2008

2008 JUN 23 P 1:26  S.D.N.Y.

Signed: Spencer Meirowitz
Attorney for Appellant (or Appellant, if not represented by an Attorney)

Attorney Name: PRO SE

Address: 428 East 66th Apt B (as in Boy)
NY NY 10065

Telephone No: (212) 396-4054

If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C. § 158(c), to have the appeal heard by the district court.

*If a child support creditor or its representative is the appellant, and if the child support creditor or its representative files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*